**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-01648-LTB

WORLDWIDE ENERGY AND MANUFACTURING USA,

      Plaintiff,

v.

HWALIN CHENG,

      Defendant.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

      "Defendant's Request Motion to Reopen the Case Due to Good Cause" (ECF No. 5) is DENIED.

Dated:  September 1, 2015